# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 27, 2010

No. 09-31160
Summary Calendar

Lyle W. Cayce
Clerk

CLAUDE PORTER

Plaintiff-Appellant

v.

PAPA JOHN'S PIZZA; P. J. LOUISIANA, INC.

Defendants-Appellees

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:09-CV0341

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. See Rule 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.